**CORNWALL MOUNTAIN INVEST-MENTS, L.P., and Range Re-sources–Appalachia, LLC**

v.

**THOMAS E. PROCTOR HEIRS TRUST, International Development Corporation, Pennlyco, Ltd., Virginia Energy Consultants, LLC, Atlantic Hydrocarbon, LLC, Chief Exploration and Development, LLC, Quest Eastern Resource, LLC, EXCO Holding (PA), Inc., and Margaret O.F. Proctor Trust**

**Southwestern Energy Production Company**

**Petition of: Thomas E. Proctor Heirs Trust**

**No. 269 MAL 2017**

Supreme Court of Pennsylvania.

October 10, 2017

### ORDER

PER CURIAM

**AND NOW,** this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

**Bridget FERNANDEZ, Respondent**

v.

**ERIE INSURANCE GROUP, Petitioner**

**No. 341 MAL 2017**

Supreme Court of Pennsylvania.

October 10, 2017

### ORDER

PER CURIAM

**AND NOW,** this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nancy Marie HAAS, Petitioner**

**No. 314 MAL 2017**

Supreme Court of Pennsylvania.

October 10, 2017

### ORDER

PER CURIAM

**AND NOW,** this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**